AB:NMA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | C O M P L A I N T |
| - against - | Case No. 21-MJ-1277 |
| MAURICE MIZRAHI, | (18 U.S.C. § 922(g); 26 U.S.C. § 5861(d)) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

TENITRIS MCINNIS, being duly sworn, deposes and states that she is a Special Agent with the Bureau of Alcohol, Tobacco and Firearms, duly appointed according to law and acting as such.

On or about October 24, 2021, within the Eastern District of New York and elsewhere, the defendant MAURICE MIZRAHI did knowingly and intentionally possess a firearm, to wit: an incendiary device, which is a destructive device, as defined pursuant to 26 U.S.C. § 5845(a)(8) and (f)(1), and which was not registered to him in the National Firearms Registration and Transfer Record.

(Title 26, United States Code, Section 5861(d))

On or about November 4, 2021, within the Eastern District of New York, the defendant MAURICE MIZRAHI, knowing that he had been previously convicted in a court of one or more crimes punishable by imprisonment for a term exceeding one year, did knowingly

and intentionally possess in and affecting interstate or foreign commerce ammunition, to wit, 9mm Luger caliber ammunition manufactured by Federal.

(Title 18, United States Code, Section 922(g))

The source of your deponent's information and the grounds for her belief are as follows:[1]

1. I am a Special Agent with the Bureau of Alcohol, Tobacco and Firearms ("ATF") and have been for approximately six years. In the course of my career with the ATF, I have investigated numerous federal crimes, including arsons and firearms offenses. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2. On or about October 24, 2021 at approximately 6:30 p.m. an individual subsequently identified as the defendant MAURICE MIZRAHI threw an object into the street across from his residence at 2032 East 1st Street, Brooklyn, New York 11223. The object detonated and emitted a plume of smoke and a flame.

3. Law enforcement agents canvassing the area obtained Nest home video surveillance from the time of the incident from a home three doors away from MIZRAHI's residence. I have reviewed clips from the video surveillance. One video clip depicts a lit object rolling across the street from MIZRAHI's residence and the object then detonating. A second video clip depicts an argument between two males in the vicinity of MIZRAHI's residence; one male is a resident of the house from which the video surveillance was

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

obtained, the second male, who is not visible on the video, has been identified as MIZRAHI. The second male states, in sum and substance, "it's safe, that's why I did it over there"; "I apologize"; "I didn't realize it was going to be that loud"; and "it was flash powder."

        4.        On or about October 24, 2021, the user of a Facebook account with the username "Mo Tattz" (the "Mo Tattz Account") sent a message to a confidential witness (the "CW") offering for sale an object I recognize, based on my training and experience, as a pipe bomb. Based on a review of publicly-accessible images and content posted to the Mo Tattz Account, photographs posted to other social media accounts, a comparison of known law enforcement photographs of MIZRAHI, and information provided by the CW, I believe MIZRAHI is the user of the Mo Tattz Account.

        5.        Below is a screenshot of the October 24 Facebook messages between MIZRAHI (using the Mo Tattz Account) and the CW:



JUN 21 AT 6:20 PM

yeah i guess it was a lil worae than u tbhought. the rebuilt my face with my shohlder.

OCT 24 AT 6:11 PM



Available in many sizes and shapes. Also 2 inch balls 4 inch mortars up to 8 inch. Order now for fast delivery

With or without remote detonation via remote control

OCT 25 AT 1:55 PM

Lmao. Yo the whole block is passed at me. Lmao I lit off that firework at 645 last night. It was like an atomic bomb went off. Everyone came outside like what the fuck. It was by by far the strongest blast I've lit up on the block.

6. This screenshot reflects that, on or about October 24, 2021 at 6:11 pm, MIZRAHI sent a photograph to the CW. Based on my training and experience, the object depicted in this photograph is a pipe bomb. After sending the photograph, MIZRAHI sent messages stating "Available in many sizes and shapes. Also 2 inch balls 4 inch mortars up to 8 inch. Order now for fast delivery; With or without remote detonation via remote control." In addition, MIZRAHI sent a message stating "Lmao. Yo the whole block is passed [sic] at me. Lmao I lit off that firework at 645 last night. It was like an atomic bomb went off. Everyone came outside like what the fuck. It was by far the strongest blast I've lit up on the block."

7. Following the Facebook message exchange, MIZRAHI spoke with the CW in person. The CW subsequently advised law enforcement, in sum and substance, that MIZRAHI admitted to him that he set off a pipe bomb and that MIZRAHI tried to sell a pipe bomb to the CW.

8. On or about November 2, 2021, law enforcement agents recovered a pipe bomb from the sidewalk across the street from MIZRAHI's residence.

9. The recovered pipe bomb is depicted in the photograph below. The recovered pipe bomb is visually similar to the photograph of a pipe bomb that MIZRAHI sent the CW on October 24, 2021.



10. On or about November 4, 2021, the Honorable Cheryl L. Pollak, Chief United States Magistrate Judge, authorized a search warrant for MIZRAHI's residence. During the search of MIZRAHI's residence on November 4, 2021, law enforcement recovered materials which I recognize, based on my training and experience, as the components of pipe bombs from the living room of the residence. Among other things, law enforcement recovered multiple fuses — including "quick" fuses, "time" fuses, and "intermediate" fuses; remote controls; end caps; a "nipple," i.e. a short length of pipe used to make pipe bombs; and the components of black power, including sulfur, potassium nitrate, and coal. Photographs of the bomb-making materials recovered from MIZRAHI's residence are below:



11. In addition to bomb-making materials, law enforcement recovered several rounds of ammunition, including at least one round of 9mm Luger caliber ammunition manufactured by Federal, from a shelf in the basement of the residence.

12. On November 4, 2021, law enforcement arrested MIZRAHI and informed him of his <u>Miranda</u> rights, which he appeared to understand and agreed to waive in writing. MIZRAHI informed law enforcement, in sum and substance, that he lived in the basement of the residence. He further informed law enforcement, in sum and substance, that the bomb-making materials and ammunition recovered from the residence were his.

13. I have reviewed MIZRAHI's criminal history, and it indicates that, on or about June 9, 2010, he was convicted in New York state of the felony offense of attempted burglary in the second degree, in violation of New York Penal Law § 140.25(2) and sentenced to a term of two years imprisonment. It further indicates that on or about October 2, 2008, he was convicted in New York state of the felony offenses of criminal possession of stolen property in the third degree, in violation of New York Penal Law § 165.50, and criminal possession of stolen property in the fourth degree, in violation of New York Penal Law § 165.45(1), and was sentenced to a concurrent term of one to three years imprisonment.

14. I am an interstate nexus expert with the ATF and I know that the Federal ammunition recovered in this case was manufactured outside the state of New York.

WHEREFORE, your deponent respectfully requests that the defendant MAURICE MIZRAHI be dealt with according to law.

_____
TENITRIS MCINNIS
Special Agent, Bureau of Alcohol, Tobacco and Firearms

Sworn to me by reliable electronic means this __5__ day of November, 2021

___s/ Taryn A. Merkl_____
THE HONORABLE TARYN A. MERKL
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK